B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prescott Valley Events Center, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2619776** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3001 Main Street, Suite 2B**<br>**Prescott Valley, AZ**<br>ZIP Code **86314** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Yavapai** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Prescott Valley Events Center, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

#### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

#### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)      (Date)

#### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

#### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

#### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

#### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Prescott Valley Events Center, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Carolyn J. Johnsen**
Signature of Attorney for Debtor(s)

**Carolyn J. Johnsen 011894**
Printed Name of Attorney for Debtor(s)

**Dickinson Wright PLLC**
Firm Name

**1850 North Central Ave**
**Suite 1400**
**Phoenix, AZ 85004**
Address

**Email: cjjohnsen@dickinsonwright.com**
**(602) 285-5000  Fax: (602) 285-5100**
Telephone Number

**August 14, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sean B. Fain**
Signature of Authorized Individual

**Sean B. Fain**
Printed Name of Authorized Individual

**President, J A Flats, Inc., Manager of Debtor**
Title of Authorized Individual

**August 14, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**District of Arizona**

In re  **Prescott Valley Events Center, LLC**
Debtor(s)

Case No.
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Sean B. Fain, declare under penalty of perjury that I am the President of J A Flats, Inc., which is the Manager of Prescott Valley Events Center, LLC ("PVEC"), and that the following are the resolutions and unanimous consents adopted by all of the Members of PVEC:

J A Flats, Inc., and J A Flats II, Inc., constituting all of the Members of PVEC, unanimously agreed and adopted the following:

**Whereas**, it is in the best interests of PVEC to file a voluntary petition in the United States Bankruptcy Court for the District of Arizona pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved** that Sean B. Fain, President of J A Flats, Inc., as Manager of PVEC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of PVEC; and

**Be It Further Resolved** that Sean B. Fain, President of J A Flats, Inc., as Manager of PVEC, is authorized and directed to appear in all bankruptcy proceedings on behalf of PVEC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of PVEC in connection with such bankruptcy case, and

**Be It Further Resolved**, that Sean B. Fain, President of J A Flats, Inc., as Manager of PVEC, is authorized and directed to employ the law firm of Dickinson Wright PLLC to represent PVEC in such bankruptcy case.

Date **August 14, 2015**

Signed **/s/ Sean B. Fain**
**Sean B. Fain**

Prescott Valley Events Center, LLC -

A-1 OFFICE PLUS
P.O. BOX 3694
PRESCOTT AZ 86302


ALAIN BAUDRY
ROSS & ORENSTEIN, LLC
222 SOUTH NINTH STREET, SUITE 470
MINNEAPOLIS MN 55402-3389


ALARM ELECTRONICS & COMMUNICATIONS
11025 N. DEER HILL LANE
PRESCOTT AZ 86305


AMERICAN OUTDOOR
2201 E. CAMELBACK ROAD, SUITE 620
PHOENIX AZ 85016


ARIZONA DEPARTMENT OF LIQUOR LICENSES
800 W WASHINGTON STREET, SUITE 5
PHOENIX AZ 85007


ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29010
PHOENIX AZ 85038


ARIZONA DEPARTMENT OF REVENUE
ATTN: BK/LITIGATION SECTION
1600 W. MONROE, ROOM 720
PHOENIX AZ 85007


ARIZONA INN
(TRAVINO PRESCOTT VALLEY LLC DBA)
7875 EAST HIGHWAY 69
PRESCOTT VALLEY AZ 86314


ARIZONA PUBLIC SERVICE COMPANY
P.O. BOX 2906
PHOENIX AZ 85062


ASCAP
ONE LINCOLN PLAZA
NEW YORK NY 10023

Prescott Valley Events Center, LLC -

BATTERIES PLUS
7129 E. 1ST STREET
PRESCOTT VALLEY AZ 86314

BMI
P.O. BOX 630893
CINCINNATI OH 45263

CABLE ONE
3201 TOWER ROAD
PRESCOTT AZ 86305

CABRAL, JIM
3201 N. MAIN STREET
PRESCOTT VALLEY AZ 86314

CENTRAL YAVAPAI FIRE DISTRICT
8555 E. YAVAPAI ROAD
PRESCOTT VALLEY AZ 86314

CENTURYLINK
P.O. BOX 29040
PHOENIX AZ 85038

COMMON GROUND BROADCASTING, INC.
2425 E. CAMELBACK ROAD, SUITE 570
PHOENIX AZ 85016

ENTERTAINMENT CENTER COMMUN. FAC. DIST.
C/O IVAN LEGLER
7501 E. CIVIC CIRCLE
PRESCOTT VALLEY AZ 86314

FAIN SIGNATURE GROUP
3001 MAIN STREET, SUITE 2B
PRESCOTT VALLEY AZ 86314

FAIN, SEAN B.
3001 N. MAIN STREET, SUITE 2B
PRESCOTT VALLEY AZ 86314

FUZZY'S MATERIALS
8200 E. LONG MESA DRIVE
PRESCOTT VALLEY AZ 86314

Prescott Valley Events Center, LLC -

GREAT CIRCLE MEDIA
1117 W. ROUTE 66
FLAGSTAFF AZ 86001

HALSTEAD & HOGGAN, INC.
935 SANTA FE AVENUE
LOS ANGELES CA 90021

HAMPTON INN & SUITES PRESCOTT
2901 N. GLASSFORD HILL ROAD
PRESCOTT VALLEY AZ 86314

INDUSTRIAL DEV. AUTHORITY YAVAPAI COUNTY
C/O BOYLE PECHARICH CLINE & WHITTINGTON
125 N. GRANITE STREET
PRESCOTT AZ 86301

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 21126
PHILADELPHIA PA 19114

INTERNAL REVENUE SERVICE
OGDEN UT 84201

INTERNAL REVENUE SERVICE
4041 N. CENTRAL AVENUE, SUITE 112
PHOENIX AZ 85012

IPFS CORPORATION
P.O. BOX 730223
DALLAS TX 75373

KITCHENS, INC.
3201 N. MAIN STREET
PRESCOTT VALLEY AZ 86314

LARRY TARKOWSKI, TOWN MANAGER
TOWN OF PRESCOTT VALLEY
7501 E. CIVIC CIRCLE
PRESCOTT VALLEY AZ 86314

Prescott Valley Events Center, LLC -


MICHAEL J. LAVELLE/MATTHEW K. LAVELLE
LAVELLE & LAVELLE, PLC
2525 E. CAMELBACK ROAD, SUITE 888
PHOENIX AZ 85016


MICHAEL P. CILLO/SCOTT W. WILKINSON
DAVIS & CERIANI PC
1350 17TH STREET, SUITE 400
DENVER CO 80202


OTIS ELEVATOR
P.O. BOX 730400
DALLAS TX 75373


PEPSI-COLA BOTTLING CO.
4980 E. RAILHEAD AVENUE
FLAGSTAFF AZ 86004


PRESCOTT VALLEY BROADCASTING
P.O. BOX 26523
PRESCOTT VALLEY AZ 86312


PRESCOTT VALLEY EVENTS CENTER, LLC
C/O GLOBAL ENTERTAINMENT CORP.
4909 E. MCDOWELL ROAD, SUITE 104
PHOENIX AZ 85008


PRESCOTT VALLEY SIGNATURE ENTERTAINMENT
3001 N. MAIN STREET, SUITE 2B
PRESCOTT VALLEY AZ 86314


PRUDENTIAL OVERALL SUPPLY
P.O. BOX 11210
SANTA ANA CA 92711


RANA FIRE PROTECTION
P.O. BOX 3962
CHINO VALLEY AZ 86323


RINGCENTRAL, INC.
20 DAVIS DRIVE
BELMONT CA 94002

Prescott Valley Events Center, LLC -


ROBERT W. BAIRD & COMPANY/ SW SECURITIES
C/O P. MEYER/ WILLIAMS MONTGOMERY & JOHN
233 S. WACKER DRIVE, SUITE 6100
CHICAGO IL 60606


SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
5670 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES CA 90036


SEMPLE, MARCHAL & COOPER, LLP
2700 NORTH CENTRAL AVENUE, 9TH FLOOR
PHOENIX AZ 85004


SESAC, INC.
55 MUSIC SQUARE EAST
NASHVILLE TN 37203


TECHNIPRINT
2545 N. 7TH STREET
PHOENIX AZ 85006


TOWN OF PRESCOTT VALLEY
7501 E. CIVIC CIRCLE
PRESCOTT VALLEY AZ 86314


TOWN OF PRESCOTT VALLEY
C/O JARED G. PARKER/PARKER & SCHWARTZ
7310 N. 16TH STREET, SUITE 330
PHOENIX AZ 85020


TOWN OF PRESCOTT VALLEY
C/O IVAN LEGLER
7501 E. CIVIC CIRCLE
PRESCOTT VALLEY AZ 86314


UNISOURCE ENERGY SERVICES
P.O. BOX 80078
PRESCOTT AZ 86304


VERIZON WIRELESS
P.O. BOX 9622
MISSION HILLS CA 91346-9622

Prescott Valley Events Center, LLC -


VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DRIVE
SUITE 550
WELDON SPRING MO 63304


WELLS FARGO BANK, N.A., TRUSTEE
ATT: GIL HERNANDEZ, CORPORATE TRUST SVCS
625 MARQUETTE AVENUE, MAC N9311-161
MINNEAPOLIS MN 55479


WHISKEY ROW SCREEN PRINTING, INC.
6444 E. HIGHWAY 69
PRESCOTT VALLEY AZ 86314


YAVAPAI BROADCASTING CORPORATION
P.O. BOX 187
COTTONWOOD AZ 86326

# United States Bankruptcy Court
## District of Arizona

In re **Prescott Valley Events Center, LLC**
Debtor(s)

Case No.
Chapter **11**

# DECLARATION

I, Sean B. Fain, the President of J A Flats, Inc., Manager of the debtor in this case, do hereby certify, under penalty of perjury, that to the best of my knowledge the Master Mailing List, consisting of **6** sheet(s), is complete, correct and consistent with the debtor's schedules. The Master Mailing List will be amended to include the Bondholders whose names have not yet been made available for publication.

Date: **August 14, 2015**

**/s/ Sean B. Fain**
**Sean B. Fain/President, J A Flats, Inc., Manager of Debtor**
Signer/Title

Date: **August 14, 2015**

**/s/ Carolyn J. Johnsen**
Signature of Attorney
**Carolyn J. Johnsen 011894**
**Dickinson Wright PLLC**
**1850 North Central Ave**
**Suite 1400**
**Phoenix, AZ 85004**
**(602) 285-5000   Fax: (602) 285-5100**

MML-5

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  **Prescott Valley Events Center, LLC**　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Outdoor<br>2201 E. Camelback Road, Suite 620<br>Phoenix, AZ 85016 | American Outdoor<br>2201 E. Camelback Road, Suite 620<br>Phoenix, AZ 85016 | Billboard Advertising | Disputed | 2,525.00 |
| Arizona Department of Revenue<br>P.O. Box 29010<br>Phoenix, AZ 85038 | Arizona Department of Revenue<br>P.O. Box 29010<br>Phoenix, AZ 85038 | Transaction Privilege Tax | Disputed | 60,764.44 |
| Arizona Public Service Company<br>P.O. Box 2906<br>Phoenix, AZ 85062 | Arizona Public Service Company<br>P.O. Box 2906<br>Phoenix, AZ 85062 | Electricity | | 19,684.00 |
| ASCAP<br>One Lincoln Plaza<br>New York, NY 10023 | ASCAP<br>One Lincoln Plaza<br>New York, NY 10023 | Music License Fee | Disputed | 1,093.21 |
| Batteries Plus<br>7129 E. 1st Street<br>Prescott Valley, AZ 86314 | Batteries Plus<br>7129 E. 1st Street<br>Prescott Valley, AZ 86314 | Batteries/Lights | | 1,199.83 |
| Cabral, Jim<br>3201 N. Main Street<br>Prescott Valley, AZ 86314 | Cabral, Jim<br>3201 N. Main Street<br>Prescott Valley, AZ 86314 | Table Rentals | Disputed | 517.88 |
| CenturyLink<br>P.O. Box 29040<br>Phoenix, AZ 85038 | CenturyLink<br>P.O. Box 29040<br>Phoenix, AZ 85038 | Telephone Services | Disputed | 21,497.05 |
| Fain Signature Group<br>3001 Main Street, Suite 2B<br>Prescott Valley, AZ 86314 | Fain Signature Group<br>3001 Main Street, Suite 2B<br>Prescott Valley, AZ 86314 | Loan | | 501,105.26 |
| Great Circle Media<br>1117 W. Route 66<br>Flagstaff, AZ 86001 | Great Circle Media<br>1117 W. Route 66<br>Flagstaff, AZ 86001 | Media Advertising | Disputed | 2,912.42 |
| Hampton Inn & Suites Prescott<br>2901 N. Glassford Hill Road<br>Prescott Valley, AZ 86314 | Hampton Inn & Suites Prescott<br>2901 N. Glassford Hill Road<br>Prescott Valley, AZ 86314 | Motel Rooms | Disputed | 2,826.07 |
| IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373 | IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373 | Insurance Premium Financing | | 36,762.29 |

B4 (Official Form 4) (12/07) - Cont.

In re **Prescott Valley Events Center, LLC** Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Otis Elevator<br>P.O. Box 730400<br>Dallas, TX 75373 | Otis Elevator<br>P.O. Box 730400<br>Dallas, TX 75373 | Elevator Maintenance | Disputed | 859.91 |
| Pepsi-Cola Bottling Co.<br>4980 E. Railhead Avenue<br>Flagstaff, AZ 86004 | Pepsi-Cola Bottling Co.<br>4980 E. Railhead Avenue<br>Flagstaff, AZ 86004 | Furniture, Fixtures and Equipment for Beverages | | 723.50 |
| Prescott Valley Signature Entertainment<br>3001 N. Main Street, Suite 2B<br>Prescott Valley, AZ 86314 | Prescott Valley Signature Entertainment<br>3001 N. Main Street, Suite 2B<br>Prescott Valley, AZ 86314 | Parking Lots | | 861,382.00 |
| Prudential Overall Supply<br>P.O. Box 11210<br>Santa Ana, CA 92711 | Prudential Overall Supply<br>P.O. Box 11210<br>Santa Ana, CA 92711 | Janitorial Supplies | Disputed | 939.84 |
| Rana Fire Protection<br>P.O. Box 3962<br>Chino Valley, AZ 86323 | Rana Fire Protection<br>P.O. Box 3962<br>Chino Valley, AZ 86323 | Fire Alarm Services | Disputed | 527.00 |
| Robert W. Baird & Company/ SW Securities<br>c/o P. Meyer/ Williams Montgomery & John<br>233 S. Wacker Drive, Suite 6100<br>Chicago, IL 60606 | Robert W. Baird & Company/ SW Securities<br>c/o P. Meyer/ Williams Montgomery & John<br>233 S. Wacker Drive, Suite 6100<br>Chicago, IL 60606 | Underwriter's Claim | Disputed | 11,026,522.41 |
| Semple, Marchal & Cooper, LLP<br>2700 North Central Avenue, 9th Floor<br>Phoenix, AZ 85004 | Semple, Marchal & Cooper, LLP<br>2700 North Central Avenue, 9th Floor<br>Phoenix, AZ 85004 | Accounting Services | | 716.25 |
| Wells Fargo Bank, N.A., Trustee<br>Att: Gil Hernandez, Corporate Trust Svcs<br>625 Marquette Avenue, MAC N9311-161<br>Minneapolis, MN 55479 | Wells Fargo Bank, N.A., Trustee<br>Att: Gil Hernandez, Corporate Trust Svcs<br>625 Marquette Avenue, MAC N9311-161<br>Minneapolis, MN 55479 | Bond Debt - Secured Amount Unknown | | 35,000,000.00 |
| Yavapai Broadcasting Corporation<br>P.O. Box 187<br>Cottonwood, AZ 86326 | Yavapai Broadcasting Corporation<br>P.O. Box 187<br>Cottonwood, AZ 86326 | Media Advertising | Disputed | 1,168.57 |

B4 (Official Form 4) (12/07) - Cont.

In re **Prescott Valley Events Center, LLC**                           Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Sean B. Fain, the President, J A Flats, Inc., Manager of Debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 14, 2015**            Signature  **/s/ Sean B. Fain**
                                               **Sean B. Fain**
                                               **President, J A Flats, Inc., Manager of Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.